Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas ▼
### _____CENTRAL_____ Division

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**AUG 19 2024**

**TAMMY H. DOWNS, CLERK**
By: _____
                              DEP CLERK

ARTHUR CARSON                    )
                                 )   Case No.  4:24-cv-700-BRW
                                 )            (to be filled in by the Clerk's Office)
                                 )
_____        )
        *Plaintiff(s)*           )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above,    )
please write "see attached" in the space and attach an additional    )
page with the full list of names.)                                   )
                                 )   This case assigned to District Judge **Wilson**
         -v-                     )
                                 )   and to Magistrate Judge **Ervin**
DAVID HOLLEYMAN, UAMS MEDICAL CTR, )
AL GRAHAM, DIR.OF PLANNING UAMS    )
                                   )
                                   )
_____          )
        *Defendant(s)*             )
(Write the full name of each defendant who is being sued. If the   )
names of all the defendants cannot fit in the space above, please  )
write "see attached" in the space and attach an additional page    )
with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Arthur Carson |
   | Street Address | 600 Church Street # 29 |
   | City and County | Lonoke |
   | State and Zip Code | AR 72086 |
   | Telephone Number | 501-216-0376 |
   | E-mail Address | artcarson67@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

- Name: David Holleyman
- Job or Title (if known): Emergency Room Doctor
- Street Address: 4301 W. Markham Street
- City and County: Little Rock, Pulaski County
- State and Zip Code: AR 72205
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: Al Graham
- Job or Title (if known): Director of Planning for UAMS
- Street Address: 4301 W. Markham Street
- City and County: Little Rock, Pulaski County
- State and Zip Code: AR 72205
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. 1395dd(a); 49 CFR 1570.5; and 31 U.S.C. 3729 ; 42 U.S.C. 1983 & 1985

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$300,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
On 01/18/23, UAMS Emergency Room,Dr. Holleman failed to provide appropriate Medical Screening, Examination or stabilize Plaintiff's Injury, Dr. Holleyman, falsified the treatment Medical Records
Al Graham, Director of Planning at UAMS, was in charge of the Building safety and its structures, and knew the walkway surface had lost its traction, and was fatigued.

B.    What date and approximate time did the events giving rise to your claim(s) occur?
January 18, 2023, est. time 4:00–4:44 PM

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
see attached Supplemental pages as 5-A, 5-B

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
inaccurate Medical Record diagnosis of Psychotic behavior

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
$300,000, Compensatory Damages, Declaratory or Injunctive Relief, all else Relief the Court deem Equitable and just.

FACTS CONTINUE-SEC. (C) .PG.5

1). On January 18, 2023, After Slipping at UAMS Level Four Exit area, Complainant, "Carson", sought Emergency Medical Treatment from what was a Torn Quadricep Muscle. While waiting for Treatment, Carson complained to Dr. Daniel Holleyman, whom Worked the Emergency Room, that His Knee was double in size and He was in excruciating Pain. No action was taken to Treat or Stabilize Carson's Injury.

Dr.Holleyman, failed to Provide appropriate Medical Screening examination within UAMS Capability. As Retaliation against Carson complaining, Dr.Holleyman manufactured A false Diagnosis, by classifying Carson as having "Recurrent episode of Severe Psychotic Behavior." This false diagnosis also prevented treatment on Carson's Torn Quadricep, to

The fake diagnosis. Contemporaneously, This inaccurate or falsified diagnosis were deceptive to Medicaid/Medicare of a false treatment, while obtaining fraudulent medical payments, while Placing Carson's Health in jeopardy, eviscerating Carson of His Rights to a Proper Medical Screening, and Treatment To stabilize His Torn Quadricep and Pain. That Carson had to stumble out of Uams Emergency Waiting Room after UAMS inaction to go to Chi-St. Vincent for proper diagnosis, stabilization,treatment and later Surgery to repair the torn Quadricep Muscle.

(5-A)

2). On January 18, 2023, After A Visitation at UAMS Hospital area, and exiting at Level four Lobby, down a declining Wet Painted Walkway, which lacked any Traction, and caused Carson to Slip and Fall, tearing His Quadricep Muscle.

UAMS Director of Planning, Al Graham's nonfeasance were the proximate cause of Carson's Injuries, He Knew UAMS was not in compliance with OSHA Policies relating to Having Handrails, Matts, or Wet Surface Warning Signs in the Area, and knew the condition of the Walkway Surface had degraded since its initial placement. Al Graham knew the "Rubberized Texture of this surface starts to fatigue the moment it's laid", as He has previously testified in a non-court proceeding. This Painted Walkway Surface had degraded and had been laid down years previously, and that "Special Shoes were needed to Walk on this Surface", ( Al Graham's Testimony 03/08/24; ASCC Hearing). Al Graham, was Responsible to conduct Roughness Test, since this Surface had been Laid Years Prior, with Heavy Pedestrian, and Patient Transport Carts, and never been Resurfaced. This Conscious and Reckless Disregard for Safety, or Well being of Invitees To the UAMS Facility departed from the Ordinary Standard of Care. Only after Carson's Injuries were this area Resurfaced with additional texture for traction, and was a Callous indifference to Carson

(5-B)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/15/2024

Signature of Plaintiff: *Arthur Carson*
Printed Name of Plaintiff: Arthur Carson

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address