IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ARTHUR CARSON

V.   NO. 4:24-CV-00700-BRW

DAVID HOLLEYMAN, ET AL,



## NOTICE OF APPEAL

Comes Now the Plaintiff, Arthur Carson, pursuant to what appears a return of pleadings

Or dismissal, without addressing the Examination and Treatment for emergency medical

Condition lawsuit, pursuant to 42 U.S.C. 1395dd(a), being classified under a different

Statue.

Wherefore, Plaintiff Brings this Notice of Appeal in this matter.

Arthur Carson                                             Dated: 09/20/2024

*Arthur Carson* (signature)

600 Church St # 29
Lonoke, AR 72086
501-216-0376
artcarson67@gmail.com

Arthur Carson
600 Church St.
Apt. 29
Lonoke, AR 72086

LITTLE ROCK AR 720
21 SEP 2024 PM 4 L

(APPEAL)

Clerk,
United States District Court
Eastern Dist. of Arkansas
600 W. Capitol Ave., Rm. A149
Little Rock, AR. 72201

72201-339919