IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ARTHUR CARSON, PLAINTIFF

V.

NO. 4:24-CV-00700-BRW

UAMS MEDICAL CENTER AND
DAVID HOLLEYMAN, ET AL., DEFENDANTS.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 26 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now The Plaintiff, Arthur Carson, and Pursuant to Rule 60, FRCP, from a Order, August 19, 2024, which dismissed His Pro se Lawsuit filed pursuant to 42 USC 1395dd, Which construed this Complaint similar to a previously Filed complaint that was based On State Law Claims ( Carson V. UAMS, N0.4:2023-CV-00328).

The Court has construed The Instant Lawsuit similar, yet the Recent Lawsuit Involves "EMTALA, or the Emergency Medical Treatment and Active Labor Act", which is A Federal Statue, and there has Not been A Ruling on the Federal aspect.

WHEREFORE PREMISES CONSIDERED, Plaintiff Request This Court Grant This Request For Relief.

RESPECTFULLY SUBMITTED,

*Arthur Carson* .                                                September 23rd, 2024
Arthur Carson

(1)

600 Church Street # 29
Lonoke, AR 72086
artcarson67@gmail.com

(2)